HENRY WEISSMANN (SBN 132418)
henry.weissmann@mto.com
TAMERLIN J. GODLEY (SBN 194507)
tamerlin.godley@mto.com
MARGARET G. MARASCHINO (SBN 267034)
margaret.maraschino@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant VERIZON
CALIFORNIA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA; VERIZON CALIFORNIA, INC; SUREWEST TELEPHONE; and SUREWEST TELEVIDEO,<br><br>Defendants. | Case No. 2:14-cv-01257-MCE-CKD<br><br>**ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER WILL BE DECIDED ON BRIEFS AND ON SHORTENED TIME**<br><br>Judge: Hon. Morrison C. England, Jr,<br>Courtroom: #7<br>Action Filed: May 21, 2014 |

24675206.1

ORDER THAT VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER BE DECIDED ON
BRIEFS AND ON SHORTENED TIME

Upon stipulation of all parties:

(1) Verizon California Inc.'s motion to sever and to transfer venue (Docket Number 42) shall be decided on the record and briefs on file without oral argument. The October 30, 2014, hearing date for this motion is hereby VACATED.

(2) The time to decide the motion to sever and transfer is SHORTENED so that the Court may decide the motion forthwith. All parties have stated that they do not oppose the motion.

**IT IS SO ORDERED.**

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT