HENRY WEISSMANN (SBN 132418)
henry.weissmann@mto.com
TAMERLIN J. GODLEY (SBN 194507)
tamerlin.godley@mto.com
MARGARET G. MARASCHINO (SBN 267034)
margaret.maraschino@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant VERIZON
CALIFORNIA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPRINT COMMUNICATIONS COMPANY L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC BELL TELEPHONE COMPANY D/B/A AT&T CALIFORNIA; VERIZON CALIFORNIA, INC; SUREWEST TELEPHONE; and SUREWEST TELEVIDEO,<br><br>Defendants. | Case No. 2:14-cv-01257-MCE-CKD<br><br>**ORDER GRANTING VERIZON CALIFORNIA INC.'S MOTION TO SEVER AND TRANSFER TO THE EASTERN DISTRICT OF MISSOURI**<br><br>Judge: Hon. Morrison C. England, Jr,<br>Date: October 30, 2014<br>Time: 2:00 PM<br>Courtroom: 7<br>Action Filed: May 21, 2014 |

| | |
|---|---|
| 1 | This matter is before the Court on the unopposed motion of Defendant Verizon California |
| 2 | Inc.'s ("Verizon") to sever and to transfer venue to the United States District Court for the Eastern |
| 3 | District of Missouri. Mot., Oct. 1, 2014, ECF No. 42. Verizon moves to sever the claims against |
| 4 | it from this case and to transfer venue of those claims to the Eastern District of Missouri pursuant |
| 5 | to Fed. R. Civ. P. 21 and 28 U.S.C. § 1404(a). Plaintiff Sprint Communications Company L.P. |
| 6 | ("Plaintiff") and the remaining Defendant, Pacific Bell Telephone Company, do not oppose |
| 7 | Verizon's motion. See ECF No. 43. In addition, all parties to this action ask that the Court decide |
| 8 | the instant motion forthwith without oral argument. See id. Having reviewed the motion and |
| 9 | related documents, and by stipulation of all parties, the Court finds the matter suitable for decision |
| 10 | on shortened time and without oral argument pursuant to Local Rules 144(e) and 230(g). |
| 11 | Therefore, the October 30, 2014, hearing date for this motion is hereby **VACATED**. |
| 12 | For the reasons set forth in Verizon's Motion, the Court agrees that the Eastern District of |
| 13 | Missouri is a more convenient forum for adjudication of Plaintiff's claims against Verizon. For |
| 14 | good cause shown, the Court hereby **GRANTS** Verizon California Inc.'s Motion to Sever and to |
| 15 | Transfer Venue to the Eastern District of Missouri (ECF No. 37).[1] |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | |
| 27 | [1] As set forth in Verizon's Motion, a related case, Sprint Communications Co. L.P. v. Southwestern. Bell Telephone Company., et al., Case No. 4:14-cv-00850-CEJ (E.D. Mo. filed May 2, 2014), is pending in the United |
| 28 | States District Court for the Eastern District of Missouri, Eastern Division. |

24675206.1

ORDER GRANTING VERIZON CALIFORNIA INC. MOTION TO SEVER AND TRANSFER TO EASTERN
DISTRICT OF MISSOURI

Accordingly, it is hereby **ORDERED**:

(1) Plaintiff Sprint Communications Company L.P.'s claims against Defendant Verizon California Inc. are hereby **SEVERED** pursuant to Fed. R. Civ. P. 21.

(2) It is further **ORDERED** this case is hereby **TRANSFERRED** to the United States District Court for the Eastern District of Missouri, Eastern Division, as to Defendant Verizon California Inc. only. The Clerk of the Court is **DIRECTED** to take all steps necessary to effectuate this transfer; and

(3) After the transfer of Defendant Verizon California Inc. as set forth above, Sprint Communications Company L.P. **SHALL REMAIN** the Plaintiff and Pacific Bell Telephone Company, doing business as AT&T California, **SHALL REMAIN** the Defendant in this action in the United States District Court for the Eastern District of California.

IT IS SO ORDERED.

Dated: October 14, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT